IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARDHYL NELE and | : | |
| DHURA LE NELE, h/w | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 11-07643 |
| THE TJX COMPANIES, INC., et al. | : | |

**O R D E R**

**AND NOW**, this   1st   day of   July   , 2013, upon consideration of Plaintiffs' Motion to Remand (ECF No. 4), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**